UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dakota J.H.,                                                      Civ. No. 22-cv-247 (JWB/JFD)

            Plaintiff,

v.                                                      **ORDER**

Kilolo Kijakazi, Acting Commissioner of
the Social Security Administration,

            Defendant.

---

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated January 10, 2023. (Doc. No. 30.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.     The January 10, 2023 Report and Recommendation (Doc. No. 30) is **ACCEPTED**;

    2.     Plaintiff's Motion for Summary Judgment (Doc. No. 22) is **DENIED**;

    3.     Defendant's Motion for Summary Judgment (Doc. No. 25) is **GRANTED**; and

    4.     The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 14, 2023                                                    _s/ Jerry W. Blackwell_
                                                                          JERRY W. BLACKWELL
                                                                          United States District Judge